UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Emily Collins                                                                Case No.: 4:20-bk-14282
Debtor                                                                                              Chapter 13

## MOTION TO INCUR

**COMES NOW** Emily Collins, ("Debtor"), by and through her attorney, Matthew D. Mentgen, and for her Motion to Incur, states:

1. That Debtor filed this bankruptcy case seeking relief under Chapter 13 of Title 11 of the United States Code on November 17, 2020.

2. Debtor needs a larger vehicle as she now has an infant child which requires the use of a car seat. Debtor also desires a more reliable vehicle in which to transport her child.

3. That Debtor will trade in her 2016 Toyota Corolla in which Toyota Motor Credit holds a secured interest.  The current payoff on the 2016 Corolla is approximately $2,700.

4. That Debtor desires to purchase a new or used vehicle as set forth below:

    | | |
    |---:|:---|
    | *Vehicle Type:* | Small SUV / SUV |
    | *Maximum Purchase Price:* | $ 30,000.00 |
    | *Maximum Monthly Payment:* | $ 500.00 |
    | *Maximum Term:* | 72 months |
    | *Maximum Annual Percentage Rate:* | 16.99% |

5. Should the Court grant this motion, it shall expire after 120 days.

6. Within 21 days of purchasing a new vehicle, Debtor shall file amended schedules I and J as well as a modified Chapter 13 bankruptcy plan.

**WHEREFORE**, Debtor prays that the Court grant this Motion to Incur and any other just relief to which she may be entitled.

Respectfully submitted,

/s/ Matthew D. Mentgen
Matthew D. Mentgen AR2008096
P.O. Box 164439
Little Rock, AR 72216
(501) 392-5662
matthew@mentgenlaw.com