UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| In re: Emily Collins | Case No.: 4:20-bk-14282 |
| Debtor | Chapter 13 |

**ORDER TO SHORTEN TIME TO OBJECT**

**NOW BEFORE THE COURT** is the *Motion to Shorten Time to Object* to a *Motion to Incur,* filed by the Debtor, Emily Collins, on August 24, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**.  Accordingly, this Court orders that the time to object to Debtor's Motion to Incur is hereby shortened to ten (10) days. **Any objection to the Debtor's** *Motion to Incur* **shall be filed with this Court on or before September 06, 2022**.

IT IS SO ORDERED

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated:  08/24/2022